THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BELLE BAJAN, Appellant.

Argued April 17, 1941; decided May 22, 1941.

*Benjamin Neuman, George N. Levine* and *Isidore Englar* for appellant.

*Thomas E. Dewey,* District Attorney (*Harris B. Steinberg* and *George G. Hunter, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., and LOUGHRAN, J., dissent on the ground that the evidence was not sufficient to establish the finding of guilt beyond a reasonable doubt.